IN THE COURT OF COMMON PLEAS
GREENE COUNTY, OHIO

**FILED**
2021 OCT 14 AM 11: 24

BEVERLY STACY
47 Galewood Dr.,
Fairborn, OH 45324

    Plaintiff,

vs.

JSMN DOLLAR GENERAL
PROPERTIES LLC
*Serve: Dharmender Devara*
1055 Pearl Road
Brunswick, OH 44212

and

JOHN DOE EMPLOYEE 1-10 OF
JSMN DOLLAR GENERAL PROPERTIES
LLC
c/o JSMN DOLLAR GENERAL
PROPERTIES LLC

and

HUMANA HEALTH PLAN OF
OHIO, INC.
*Serve: Corporation Service Company*
50 W. Broad St., Ste. 1330
Columbus, OH 43215

    Defendants.

Case No. 2021CV0477
Judge: JUDGE BUCKWALTER

**COMPLAINT FOR PERSONAL INJURY**

---

Now comes Plaintiff Beverly Stacy, by and through counsel, and for her Complaint against the Defendants hereby states the following:

## PARTIES

1. Plaintiff Beverly Stacy resides at 47 Galewood Dr., Fairborn, OH 45324 and, upon

information and belief, has resided there at all relevant times herein.

2. Defendant Dollar General is a company doing business in Ohio and, upon information and belief, has been doing business in Ohio at all relevant times herein.

3. Defendant John Doe Employee 1-10 are employees of Defendant Dollar General and, upon information and belief, works and/or resides in Ohio and has worked and/or resided in Ohio at all times relevant herein.

4. Defendant Humana Health Plan of Ohio, Inc. (herein "Humana") is a business doing business in Ohio and has been doing business in Ohio at all relevant times relevant herein.

## JURISDICTION AND VENUE

5. Plaintiff Beverly Stacy incorporate paragraphs 1 through 4 as if fully rewritten herein.

6. The Greene County Court of Common Pleas has jurisdiction over and venue is proper for the claims herein as Defendants are doing business in and the events giving rise to this complaint took place in Greene County, Ohio.

7. Plaintiff Beverly Stacy seek damages in excess of twenty-five thousand dollars ($25,000.00).

8. Jurisdiction and venue are proper under OH Civ. R. 3 (C)(2)(3), and (6).

## COUNT I
### (DEFENDANT JOHN DOE 1-10'S NEGLIGENCE)

9. Plaintiff Beverly Stacy incorporates paragraphs 1 through 8 as if fully rewritten herein.

10. On or about May 14th, 2021, Plaintiff was a business invitee to Defendant Dollar General's store located on or about 1162 Kauffman Avenue, Fairborn, Ohio 45324 in Greene County, OH.

11. At or about that time, and in that location, there existed a dangerous, hazardous condition involving an unknown and unmarked liquid substance on the floor that created a hazardous condition.

12. At or about that time, and in that location, Plaintiff Beverly Stacy was shopping with her daughter. Plaintiff selected item(s) to purchase and walked to the register area to purchase her item(s). While walking in the register area Plaintiff stepped in an unknown and unmarked liquid substance, lost her balance, and fell resulting in injury.

13. Upon information and belief, Defendant John Doe Employee 1-10, was responsible for the maintenance, cleaning, and inspection of the floors located at the Dollar General store.

14. Defendant John Doe Employee 1-10 had a duty to maintain, clean, and inspect the floors located at the Dollar General store and to keep them in a condition that is safe from causing harm to anyone nearby.

15. Upon information and belief, Defendant John Doe Employee 1-10, breached his duty to maintain, clean, and inspect the floors located at the Dollar General store and keep the area safe by allowing it to remain in a hazardous condition, causing Plaintiff to fall.

16. Plaintiff's fall was directly and proximately caused by the existence of the hazardous condition created by the presence of an unknown and unmarked liquid substance on the floor.

17. As a direct and proximate result of Defendant John Doe Employee 1-10's negligence, Plaintiff Beverly Stacy has suffered permanent physical injuries causing pain and suffering in an amount to be proven at trial.

18. As a direct and proximate result of Defendant John Doe Employee 1-10s negligence, Plaintiff Beverly Stacy has incurred medical expenses in an amount to be proven at trial.

19. As a direct and proximate result of Defendant John Doe Employee 1-10's negligence, Plaintiff Beverly Stacy has suffered economic damages in an amount to be proven at trial.

20. As a direct and proximate result of Defendant John Doe Employee 1-10's negligence, Plaintiff Beverly Stacy has sustained a loss of enjoyment of her life and will continue to do so for the rest of her life.

## COUNT II
## (DEFENDANT DOLLAR GENERAL'S VICARIOUS LIABILITY)

21. Plaintiff Beverly Stacy incorporates paragraphs 1 through 20 as if fully rewritten herein.

22. Plaintiff Beverly Stacy states that at all relevant times hereto, Defendant John Doe Employee 1-10 was an employee, agent, or servant of Defendant Dollar General.

23. In the time period leading up to May 14th, 2021, Defendant John Doe Employee 1-10 acted negligently in that he or she created an unreasonable and hazardous condition on the aforementioned property by allowing an unknown and unmarked liquid substance to remain on the floor where customers walk resulting in Plaintiff's injuries.

24. As a direct and proximate result of the negligent acts committed by Defendant John Doe Employee 1-10, within the course and scope of his or her relationship with Defendant Dollar General described herein, Defendant Dollar General is vicariously liable for the aforesaid acts of Defendant John Doe Employee 1-10 pursuant to the doctrine of *respondeat superior*.

25. As a direct and proximate result of the negligence of Defendant Dollar General, Plaintiff Beverly Stacy has been damaged in an amount in excess of $25,000.00.

## COUNT III
## (DEFENDANT DOLLAR GENERAL'S NEGLIGENT HIRING, RETENTION, TRAINING, AND SUPERVISION)

26. Plaintiff Beverly Stacy incorporates paragraphs 1 through 25 as if fully rewritten herein.

27. Upon information and belief, the aforesaid actions of Defendant John Doe Employee 1-10 took place while he was an employee under the direction, supervision, and control of Defendant Dollar General.

28. Defendant Dollar General accepted or implied a duty to properly train Defendant John Doe Employee 1-10 to follow all safety policies while providing maintenance, cleaning, and inspection on Dollar General's grounds.

29. Defendant Dollar General negligently hired, retained, trained, and supervised Defendant John Doe Employee 1-10 whose acts directly and proximately caused injuries to Plaintiff Beverly Stacy.

30. Defendant Dollar General knew or should have known Defendant John Doe Employee 1-10 was acting recklessly, willfully, or intentionally upon information and belief.

31. It was reasonably foreseeable to Defendant Dollar General that Defendant John Doe Employee 1-10's employment without adequate training or supervision would lead to the injury of one or multiple persons on Dollar General grounds.

32. Despite the actual or constructive knowledge discussed above, Defendant Dollar General failed to exercise reasonable care to adequately train and supervise Defendant John Doe Employee1- 10 in the course and scope of his employment.

## COUNT IV
### (DEFENDANT HUMANA SUBROGATION)

33. Plaintiffs Beverly Stacy incorporate paragraphs 1 through 32 as if fully rewritten herein.

34. Upon information and belief, Plaintiff Beverly Stacy may have had medical assistance with or received payments from Defendant Humana for care and treatment rendered due to injuries sustained in the aforementioned incident.

35. Defendant Humana is or may be subrogated to a portion of Plaintiff Beverly Stacy's claims against Defendants and should be required to assert its interest or otherwise be forever barred from doing so as to any party hereto.

36. Plaintiffs Beverly Stacy states that Defendant Humana has or may have an interest in this action and should assert its right of subrogation at this time or be forever barred from doing so.

WHEREFORE, Plaintiff Beverly Stacy demands judgment against Defendants John Doe Employee 1-10 and Dollar General in an amount in excess of $25,000.00, plus costs incurred herein and any other relief the court deems proper.

WHEREFORE, Plaintiff Beverly Stacy demands that Defendant Humana set forth their subrogation, if any, or forever be barred from the collection thereof.

Respectfully Submitted,

Kevin F. Terán (0097710)
Michael S. Kahan (0090864)
Joel A. Buckley (0099278)
David Jones (0091118)
JONES KAHAN LAW, LLC
Attorneys for Plaintiff
2321 Kemper Lane
Cincinnati, OH 45206
Telephone: (513) 813-4000
Facsimile: (888) 447-1859
jbuckley@jklawoffices.com
mkahan@jklawoffices.com
djones@jklawoffices.com
kteran@jklawoffices.com

---

**TO THE CLERK OF COURTS:**

Please serve the foregoing documents upon Defendants, via certified mail, in accordance with the Ohio Rules of Civil Procedure, at the following addresses:

JSMN DOLLAR GENERAL
PROPERTIES LLC
*Serve: Dharmender Devara*
1055 Pearl Road
Brunswick, OH 44212

HUMANA HEALTH PLAN OF
OHIO, INC.
*Serve: Corporation Service Company*
50 W. Broad St., Ste. 1330
Columbus, OH 43215

_____
Kevin F. Terán (0097710)
Attorney for Plaintiff Beverly Stacy

# IN THE COURT OF COMMON PLEAS OF GREENE COUNTY, OHIO
## SUMMONS

BEVERLY STACY
       Plaintiff,

vs.

JSMN DOLLAR GENERAL PROPERTIES LLC et al
       Defendant.

Case No. 2021 CV 0477

Summons on Complaint

To the following named defendant:
JSMN DOLLAR GENERAL PROPERTIES LLC
DOLLAR GENERAL CORPORATION
SERVE: ANY AGENT 100 MISSION RDG
GOODLETTSVILLE, TN 37072

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the Plaintiff(s) named herein.

    You are required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if he has no attorney of record, a copy of your answer to the complaint within twenty-eight (28) days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

> The name and address of the Plaintiff's Attorney is as follows:
> KEVIN F TERAN
> JONES KAHAN LAW, LLC
> 2321 KEMPER LANE
> CINCINNATI OH 45206
> Work Phone(513)813-4000
> Fax (888)447-1859

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

A. J. Williams, Clerk
Greene County Common Pleas Court
45 N. Detroit St.
Xenia, OH 45385

*Melissa Lamb*
Deputy Clerk

Dated: December 2, 2021
9590926699042189104355

A. J. WILLIAMS
**GREENE COUNTY CLERK OF COURTS**
45 NORTH DETROIT STREET
XENIA, OH 45385



COLUMBUS OH 430
2021 PM

U.S. POSTAGE >> PITNEY BOWES
ZIP 45385 $ 008.16
02 1W
0001373734 DEC 02 2021

9414 7266 9904 2189 1043 52

95909266990421891043 55
**2021 CV 0477**
JSMN DOLLAR GENERAL PROPERTIES LLC
DOLLAR GENERAL CORPORATION
SERVE: ANY AGENT
100 MISSION RDG
GOODLETTSVILLE TN 37072



9590 9266 9904 2189 1043 55